```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION

UNITED STATES OF AMERICA                PLAINTIFF/RESPONDENT

      v.              No. 2:10CV2020
                      No. 2:09CR20002

JOSE JUANES                             DEFENDANT/PETITIONER
```

## ORDER

Now on this 8th day of July 2010, there comes on for consideration the report and recommendation filed herein on June 22, 2010, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 26). Also before the Court are Mr. Juanes' written objections to the report and recommendation.

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 20) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**