IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                    Case No. 2:09cr20002

JOSE JUANES                                                 DEFENDANT

### ORDER

On June 2, 2009, Defendant was sentenced to 87 months imprisonment for possession with intent to distribute methamphetamine. (doc. 19). Defendant's sentence included a $100.00 special assessment and a $1,000.00 fine. (doc. 19). The interest requirement was waived.

Currently before the Court is a motion by Defendant to terminate his obligation to pay his fine (doc. 29). Also before the Court is the Government's Response (docs. 30-31).

Title 18, section 3572 of the United States Code governs the imposition of a sentence of a fine. It states, in pertinent part:

> Notwithstanding the fact that a sentence to pay a fine can subsequently be --
>
>   (1) modified or remitted under section 3573;
>
>   (2) corrected under rule 35 of the Federal Rules of Criminal Procedure and section 3742; or
>
>   (3) appealed and modified under section 3742;
>
> a judgment that includes such a sentence is a final judgment for all other purposes.

18 U.S.C. § 3572(c).

In order to be modified or remitted under section 3573, the Government must petition the Court.  18 U.S.C. § 3573.  The Government has filed no such petition and, further, has filed a response objecting to any termination of Defendant's fine.  Rule 35 of the Federal Rules of Criminal Procedure provides that the Court may correct an error in a sentence with 7 days after sentencing or reduce a sentence upon the Government's motion.  None of the reasons for modifying a fine are present in this case.  Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED this 18th day of October 2010.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge